# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SONY BMG Music Entertainment, Interscope Records, UMG Recordings Inc., Capitol Records, LLC, BMG Music, Atlanatic Recording Corp,**

**CASE NUMBER: 508cv702 NAM/GHL**

        **Plaintiff,**

vs.

**Justin Larkin,**

        **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED, the plaintiff's motion for default judgment is granted. Plaintiff is awarded $7,500 in statutory damages along with $480 in filing and service fees. The defendant and all persons acting under the direction of defendant are enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law, and must destroy all copies of downloaded recordings transferred onto any physical medium or device in defendant's possession, custody or control.

    All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 22nd day of July, 2009.

DATED: July 22, 2009

*Lawrence K. Baerman*
Clerk of Court

                    s/
Marie N. Marra

Deputy Clerk